NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERCOLE A. MIRARCHI,**

*Plaintiff-Appellant*

**v.**

**JOHN G. ROBERTS, JR., CLARENCE THOMAS, SAMUEL ALITO, JR., SONIA SOTOMAYOR, ELENA KAGAN, NEIL M. GORSUCH, BRETT M. KAVANAUGH, AMY CONEY BARRETT, KETANJI BROWN JACKSON,**

*Defendants-Appellees*

---

2026-1384

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:25-cv-06922-JLS, Judge Jeffrey L. Schmehl.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Upon consideration of Ercole A. Mirarchi's motion to withdraw his appeal,

2                                                          MIRARCHI v. ROBERTS

IT IS ORDERED THAT:

The motion is granted to the extent the appeal is dismissed with each side to bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 16, 2026
      Date

ISSUED AS A MANDATE: March 16, 2026